# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. FONSECA, JR.,                )<br>                                                           )<br>                    Petitioner,             )<br>                                                           )<br>        v.                                             )<br>                                                           )<br>JEFF WRIGLEY, Warden, et al.,      )<br>                                                           )<br>                    Respondent.          )<br>_____) | 1:07-cv-00125-AWI-TAG-HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **March 12, 2007**　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE